1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, SBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12 | WILLIAM TRACY,                      )
   |                                     )
13 |        Plaintiff,                   )   CIVIL NO.  03-03673 CW
   |                                     )
14 |    v.                               )   STIPULATION AND ORDER
   |                                     )   APPROVING COMPROMISE
15 | JO ANNE B. BARNHART,                )   SETTLEMENT OF ATTORNEY
   | Commissioner of Social Security,    )   FEES PURSUANT TO THE EQUAL
16 |                                     )   ACCESS TO JUSTICE ACT
   |        Defendant.                   )
17 | _____)

18       The plaintiff's attorney having met the criteria of L.R. 54-5, by meeting and conferring with

19 defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned

20 counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

21       1. Defendant shall pay FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00),

22 pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action. [1]

23 The check is to be payable to plaintiff's counsel:

24                              RON GREEN
                           16085 FLORENCE ST.
25                              BOX 1110
                         LOWER LAKE, CA 95457
26            (707) 994-8655; FAX 8659; rongreen@earthlink.net

27       2. This is a settlement of plaintiff's request for attorney fees pursuant to EAJA, and does not

28 constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice

---

[1]/. This amount includes costs.

1  Act.

2      3.  Payment of the FIVE THOUSAND FIVE HUNDRED DOLLARS ($5,500.00), EAJA fees incurred in this court action, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA as a result of this court action.

Dated:  May 27, 2005

/s/
RON GREEN
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated:  May 27, 2005      By:      /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  6/2/05         /s/ CLAUDIA WILKEN
_____
CLAUDIA WILKEN
United States District Judge

TRACY,  EAJA STIP (jf)
C 03-03673 CW                                    2